No. 89–682.   COLORADO DEPARTMENT OF SOCIAL SERVICES ET AL. *v.* AMISUB (PSL), DBA AMI ST. LUKE'S HOSPITAL, INC., ET

AL.   C. A. 10th Cir.   Certiorari denied.